

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-16-00105-CR |
| State, | § | Appeal from the |
| v. | § | 243rd District Court |
| MICHAEL JOSEPH WESTER, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20160D01354) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **November 24, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jamie E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before November 24, 2016.

IT IS SO ORDERED this 11th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.